| STATE OF LOUISIANA | * | NO. 2022-K-0145 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| JAVAN MARSHALL AND ALFRED WILLIAMS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

CONSOLIDATED WITH:        CONSOLIDATED WITH:

STATE OF LOUISIANA             NO. 2022-K-0159

VERSUS

ALFRED WILLIAMS

CONSOLIDATED WITH:        CONSOLIDATED WITH:

STATE OF LOUISIANA             NO. 2022-K-0172

VERSUS

JAVAN MARSHALL

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**